E-FILED
Wednesday, 17 March, 2021 02:11:40 PM
Clerk, U.S. District Court, ILCD

FILED

MAR 1 6 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

UNITED STATES OF AMERICA

v.

DAMIEN GRANT

Criminal No. 21-*10010*

VIO: Title 18, United States Code,
Sections §§ 115(a)(1)(B), 871(a), and
876(c)

## INDICTMENT

### COUNT ONE
### (Influencing a Federal Official by Threat)

The GRAND JURY charges:

On or about November 30, 2020, at Pekin, in the Central District of Illinois,

and elsewhere,

DAMIEN GRANT,

defendant herein, did threaten to assault and murder a federal law enforcement

officer, with intent to impede, intimidate, and interfere with such law enforcement

officer while engaged in the performance of official duties, and with intent to retaliate

against such law enforcement officer on account of the performance of official duties,

to wit, in that GRANT threatened to assault and murder the United States Attorney

for the Central District of Illinois; namely, that GRANT stated in a letter to the

United States Attorney for the Central District of Illinois:

> You have 2 days to drop all charges and investigations against me or
> im going to make sure you never see Christmas! This is a threat and
> a promise. 2 days or I put the hit out on you now it's personal...I
> might have someone walk in the Court House and blow all you evil

b\*\*ches to pieces.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO
### (Mailing Threatening Communications)

The GRAND JURY charges:

On or about November 30, 2020, at Pekin, in the Central District of Illinois, and elsewhere,

### DAMIEN GRANT,

defendant herein, knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication, addressed to a federal law enforcement officer at One Technology Plaza Suite 400, 211 Fulton Street, Peoria, Illinois 61202, and containing a threat to injure the United States Attorney for the Central District of Illinois; namely, that GRANT stated in a letter delivered to the United States Postal Service addressed to the United States Attorney for the Central District of Illinois:

> You have 2 days to drop all charges and investigations against me or im going to make sure you never see Christmas! This is a threat and a promise. 2 days or I put the hit out on you now it's personal...I might have someone walk in the Court House and blow all you evil b**ches to pieces.

with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 876(c).

## COUNT THREE
### (Influencing a Federal Official by Threat)

The GRAND JURY charges:

On or about December 1, 2020, at Pekin, in the Central District of Illinois, and elsewhere,

### DAMIEN GRANT,

defendant herein, did threaten to assault and murder a United States District Court Judge for the Central District of Illinois, with intent to impede, intimidate, and interfere with such United States Judge while engaged in the performance of official duties, and with intent to retaliate against such United States Judge on account of the performance of official duties; namely, that GRANT stated in a letter addressed to such United States Judge:

> But there is Hope. For you to release everyone who you sentenced unfairly. If this is not done within 72 hours, I'm gonna have you killed, you and your family. I know all about you.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FOUR
### (Mailing Threatening Communications)

The GRAND JURY charges:

On or about December 1, 2020, at Pekin, in the Central District of Illinois, and elsewhere,

### DAMIEN GRANT,

defendant herein, knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication, addressed to a United States District Court Judge for the Central District of Illinois at the Federal Courthouse, 100 N.E. Monroe Street, Peoria, Illinois, 61202, and containing a threat to injure that United States Judge; namely, that GRANT stated in a letter delivered to the United States Postal Service addressed to the United States Judge:

> But there is Hope. For you to release everyone who you sentenced unfairly. If this is not done within 72 hours, I'm gonna have you killed, you and your family. I know all about you.

with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE
### (Influencing a Federal Official by Threat)

The GRAND JURY charges:

On or about December 10, 2020, at Pekin, in the Central District of Illinois, and elsewhere,

### DAMIEN GRANT,

defendant herein, did threaten to assault and murder a federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties, to wit, in that GRANT threatened to assault and murder the United States Attorney for the Central District of Illinois; namely, that GRANT stated in a letter to the United States Attorney for the Central District of Illinois:

> But until you learn to take he[e]d to warnings you will see how far my reach can go!... Now the target is on you! Here's a little joke, what sound does a BOMB make? BOOM.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT SIX
### (Threatening the President)

The GRAND JURY charges:

On or about December 22, 2020, at Pekin, in the Central District of Illinois, and elsewhere,

DAMIEN GRANT,

defendant herein, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States; namely, that GRANT stated in a letter addressed to the President of the United States:

> And the moment you walk out of office, I'm going to have you shot! Right in your f***ing head...im going to make a nacho and sit back and laugh when your head splatters all over you wife and Secret Service.

In violation of Title 18, United States Code, Section 871(a).

A TRUE BILL:

s/Foreperson

_____
FOREPERSON

s/Alexandra Morgan

_____
JOHN R. LAUSCH, JR.
UNITED STATES ATTORNEY
Northern District of Illinois
Acting Under Authority Conferred By
28 U.S.C. § 515